UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

RECEIVED BY MAIL
DEC 1 3 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

United States Of America, )
Plaintiff / Respondent )
)
v. ) Case No. 1:22-CR-00006-AGF(1)
)
Bradley R. Ready, )
Defendant / Petitioner )

## DEFENDANT'S MOTION FOR ADJUSTMENT OF SENTENCE

Defendant Bradley R. Ready, pro se, asks this Honorable Court to apply a sentence reduction in consideration of:

A November 1, 2023 amendment which added U.S.S.G. § 4C1.1 concerning a 2 level reduction to the offense level of certain offenders with zero criminal history points, which affected Defendant's offense level retroactively.

The Defendant has reviewed the respective amendments from the Sentencing Commission and believes the amendment applies to him. Therefore, the Defendant asks this Honorable Court to adjust his sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and in consideration of the amendment above.

Executed on this date of December 4th, 2023.

_[signature]_
Bradley R. Ready
Reg. # 80841-509
FCC - Low
P.O. Box 9000
Forrest City, AR 72336

Bradley R. Ready
#80841-509
FCC - Low
P.O. Box 9000
Forrest City, AR 72336

RECEIVED BY MAIL
DEC 1 3 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU



MEMPHIS TN 380
7 DEC 2023 PM 3 L

Clerk Of The Court
U.S. Courthouse
555 Independance St.
Cape Girardeau, Mo 63703