UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-CR-00006-AGF ) |
| BRADLEY R. READY, | ) ) |
| Defendant. | ) ) |

**ORDER**

Defendant Bradley Ready filed a pro se motion for relief under U.S.S.G. Amendment 821 (Doc. No. 77), and specifically new section 4C1.1, which provides for a decrease of two levels from the offense level for offenders who did not receive any criminal history points under Chapter Four, and whose instant offense did not involve any of nine specified aggravating factors. Counsel for Defendant reviewed the motion and filed a Notice of Intent Not to File Supplemental Motion. (Doc. No. 78). Upon review of the motion, the Court finds Defendant does not qualify for relief under Amendment 821, as he was convicted of being an unlawful user of controlled substances in possession of a firearm, and Section 4C1.1 specifically provides that it does not apply if the defendant possessed a firearm or other dangerous weapon in connection with the offense. As such, Defendant's pro se motion for relief will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Pro Se Motion for Relief re: 821 Amendment [Doc. No. 77] is **DENIED**.

Dated this 4th day of March, 2024.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE